IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEOFFREY DALTON,

    Plaintiff,

v.

ZACKARY ROECKEMAN,

    Defendant.                                 No. 13-cv-812-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 16) entered by the Court, Respondent's Motion to Dismiss §2254 Petition is granted. This action is **DISMISSED with prejudice**.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                              BY:  *s/Sara Jennings*
                                        Deputy Clerk

**DATED:** March 20, 2014

Digitally signed by David R. Herndon
Date: 2014.03.20 17:03:23 -05'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT